# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO: 3:06CR189

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| JESSYE WAYNE POWELL, ) | |
|     Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Application of J. Tony Serra to Appear *Pro Hac Vice*. It appearing that J. Tony Serra is a member in good standing with the California State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) J. Tony Serra's Application for Admission *Pro Hac Vice* is **GRANTED**; and

(2) J. Tony Serra remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: April 30, 2007

David C. Keesler
United States Magistrate Judge