IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:06CR189

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | )        **ORDER** |
| JESSYE WAYNE POWELL, | ) |
| Defendant. | ) |
|  | ) |

**THIS MATTER IS BEFORE THE COURT** on the Application of Shari Lynn Greenberger to Appear *Pro Hac Vice*. It appearing that Shari Lynn Greenberger is a member in good standing with the California State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) Shari Lynn Greenberger's Application for Admission *Pro Hac Vice* is **GRANTED**; and

(2) Shari Lynn Greenberger remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: April 30, 2007

David C. Keesler
United States Magistrate Judge