IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:06CR189-RJC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JESSYE WAYNE POWELL, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on a handwritten letter from the Defendant, Jessye Powell, to the undersigned dated October 17, 2008. In the letter, Mr. Powell expresses concerns that his most recently appointed lawyer, Steven Meier, has not yet come to see him at the jail to discuss the status of his case. The office of the undersigned has been informed that, since Mr. Powell wrote his letter, Mr. Meier has in fact met with Mr. Powell at the jail. The Court concludes in its discretion that there is no need for an inquiry to counsel hearing at this time, and furthermore, to the extent Mr. Powell's letter is docketed as a motion to substitute counsel, that motion is **DENIED**.

**IT IS THEREFORE ORDERED** that the Defendant's handwritten letter to the undersigned dated October 17, 2008, to the extent it is docketed by the Clerk as a motion to substitute counsel, is hereby **DENIED**.

Signed: October 29, 2008

David C. Keesler
United States Magistrate Judge